UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

| | |
|---|---|
| ALLEN APPLESTEIN, *et al.*, | : |
| Plaintiff-Appellants, | : No. 14-4221 |
| -against- | : |
| THE REPUBLIC OF ARGENTINA, | : |
| Defendant-Appellee. | : |
| --- | : |
| MARIE LAURETTE DUSSAULT, | : No. 14-4235 |
| Plaintiff-Appellant, | : |
| -against- | : |
| THE REPUBLIC OF ARGENTINA, | : |
| Defendant-Appellee. | : |

---

### RESPONSE TO MOTION BY INTERVENOR BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE, FOR JUDICIAL NOTICE OF THE JUDGMENT IN THE HIGH COURT OF JUSTICE DATED FEBRUARY 13, 2015

DUANE MORRIS LLP
Attorneys for the designated Appellants in
*Applestein v. The Republic of Argentina*
No. 14-4221
1540 Broadway
New York, NY 10036-4086
(212) 692-1000

DM3\3239286.1

We represent most of the appellants in the above-captioned appeal. We submit this statement in response to the Motion for Judicial Notice brought by the Bank of New York Mellon, which characterized itself as an intervenor although it is in reality the appellee since the proceeding in question was brought against it as the custodian of the funds in question. While it is correct to state that the appellants represented by our Firm do not oppose the Motion, the reason for the lack of opposition is that these appellants believe the Motion unnecessary.

The Motion attempts to bring the Judgment of a foreign court to this Court's attention. These appellants believe the Judgment to be irrelevant to the issues before this Court, for the reasons described in the attached March 6, 2015 letter to the district court and its attachments. Indeed, the High Court itself admitted as much when it stated that it was "very concerned not to intrude improperly into matters which are before the U.S. courts." Nevertheless, the fact remains that the Judgment can be cited in the respective briefs, as the Republic of Argentina has already done, and this Court can take whatever notice it wishes, just as it can with any other judicial opinion.

Duane Morris LLP

By: _____
Anthony J. Costantini (1198621)
E-mail: ajcostantini@duanemorris.com
Suzan Jo
E-mail: sjo@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorneys for the designated Appellants in
*Applestein v. The Republic of Argentina*
No. 14-4221

Dated: March 25, 2015